**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------X

ANTONIO GENAO,

Plaintiff,

-against-

EPISCOPAL ACTORS' GUILD OF AMERICA, INC.; THE STATE OF NEW YORK,

Defendants.

--------------------------------------------------------------X

26 **CIVIL** 7420 (KMW)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 28, 2026, Plaintiff's complaint, filed IFP under 28 U.S.C. § 1915(a)(1), is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(i)-(iii). The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

**Dated:** New York, New York

September 30, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**